UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA K. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number: 4:14-cv-01129-CDP |
| v. | ) | |
| | ) | |
| CITIBANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM FOR CLERK RE JOINT PROPOSED SCHEDULING ORDER

1. Pursuant to this Court's Order Setting Rule 16 Conference (Doc. 22) entered on March 12, 2015, Plaintiff sent a proposed scheduling order to Defendant on April 8, 2015. See Exhibit 1 attached hereto.

2. On April 15, 2015, Defendant sent Plaintiff a redline version of Exhibit 1 indicating their edits to the proposed scheduling order. See Exhibit 2 attached hereto.

3. Plaintiff has agreed to accept all of Defendant's proposed edits outlined in Exhibit 2 with the exception of paragraphs 8 and 10.[1]

4. Plaintiff attaches hereto as Exhibit 3 a redline version of the joint scheduling order outlining her proposed changes to paragraphs 8 and 11.

5. Plaintiff attaches hereto as Exhibit 4 a clean copy of Exhibit 3.

6. The parties will continue to confer and attempt to reach a resolution prior to the Rule 16 Conference as to the disagreement above.

---

[1] Exhibit 2 contains two paragraphs numbered as 10. For purpose of this memorandum, Plaintiff is referencing paragraph 10 labeled "Dispositive Motions". The "Dispositive Motions" paragraph will be re-labeled as paragraph 11.

**BICK & KISTNER, P.C.**

By: /s/ Elkin L. Kistner
    Elkin L. Kistner              #35287MO
    101 South Hanley Road, Suite 1280
    St. Louis, Missouri 63105
    Telephone: (314) 571-6823
    Facsimile: (314) 727-9071
    E-mail: elkinkis@bick-kistner.com
    *Attorneys for Plaintiff Cynthia K. Davis*

**LAW OFFICES OF DAVIS & GARVIN**

    James W. Davis            #36921MO
    325 N. Kirkwood Road, Suite 210
    St. Louis, Missouri 63122
    Telephone: (314) 822-8100 Ext. 22
    Facsimile: (314)965-3369
    E-mail: jdavis@davisgarvinlaw.com
    *Co-Counsel for Plaintiff Cynthia K. Davis*

**ROBERTS, WOOTEN & ZIMMER, L.L.C.**

    Kevin C. Roberts            #31578MO
    P.O. Box 888
    Hillsboro, Missouri 63050
    Telephone: (636) 797-2693
    E-mail: kevinroberts@rwzlaw.com
    *Co-Counsel for Plaintiff Cynthia K. Davis*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of April, 2015 a copy of the foregoing document was served by this Court's CM/ECF electronic filing system upon the following:

Louis F. Bonacorsi
lfbonacorsi@bryancave.com
Jason A. Kempf
jason.kempf@bryancave.com
William O. Scharf
william.scharf@bryancave.com
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
*Attorneys for Citibank, N.A.*

                                                /s/ Elkin L. Kistner