UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA K. DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 4:14-cv-01129-CDP |
| CITIBANK, N.A., | ) |
| Defendant. | ) |

## MEMORANDUM FOR CLERK

Plaintiff files herewith the report concerning the parties' "Meet And Confer Issues." See Exhibit 1 hereto.

**BICK & KISTNER, P.C.**

By: /s/ Elkin L. Kistner
   Elkin L. Kistner            #35287MO
   101 South Hanley Road, Suite 1280
   St. Louis, Missouri 63105
   Telephone: (314) 571-6823
   Facsimile: (314) 727-9071
   E-mail: elkinkis@bick-kistner.com
   *Attorneys for Plaintiff Cynthia K. Davis*

**LAW OFFICES OF DAVIS & GARVIN**

   James W. Davis            #36921MO
   325 N. Kirkwood Road, Suite 210
   St. Louis, Missouri 63122
   Telephone: (314) 822-8100 Ext. 22
   Facsimile: (314)965-3369
   E-mail: jdavis@davisgarvinlaw.com
   *Co-Counsel for Plaintiff Cynthia K. Davis*

**ROBERTS, WOOTEN & ZIMMER, L.L.C.**

Kevin C. Roberts  #31578MO
P.O. Box 888
Hillsboro, Missouri 63050
Telephone: (636) 797-2693
E-mail: kevinroberts@rwzlaw.com
*Co-Counsel for Plaintiff Cynthia K. Davis*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of August, 2015 a copy of the foregoing document was served by this Court's CM/ECF electronic filing system upon the following:

Louis F. Bonacorsi
lfbonacorsi@bryancave.com
Jason A. Kempf
jason.kempf@bryancave.com
William O. Scharf
william.scharf@bryancave.com
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
*Attorneys for Citibank, N.A.*

/s/ Elkin L. Kistner