UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA K. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14 CV 1129 CDP |
| | ) | |
| CITIBANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL CASE MANAGEMENT ORDER

The parties have met and conferred about various issues relating to class

certification and alternative dispute resolution, and plaintiff has filed a status report

proposing deadlines agreed to by the parties, which are being adopted by the Court

as set forth below.  Another case management order will be issued, if necessary,

after the Court has ruled on plaintiff's class certification motion.

Accordingly,

**IT IS HEREBY ORDERED** that in addition to dates already set in the

Initial Case Management Order for this matter, the following schedule shall apply

and will be modified only upon a showing of exceptional circumstances:

### I.    CLASS CERTIFICATION MOTION

Plaintiff shall file her Rule 23 motion for class certification and all

supporting evidence no later than **March 15, 2016**.  Defendant's opposition brief

and all supporting evidence shall be filed no later than thirty days after the motion or **April 14, 2016**, whichever is earlier.  Plaintiff shall file her reply brief no later than fifteen days following the opposition brief or **April 29, 2016**, whichever is earlier.

A hearing on the record on plaintiff's motion for class certification will be held on **Monday, May 2, 2016 at 9:00 a.m.** in Courtroom 14-South.

## II.     ALTERNATIVE DISPUTE RESOLUTION

This case will be referred to alternative dispute resolution effective **April 14, 2016**, and that reference shall terminate on **June 14, 2016**.


CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of August, 2015.